**Order entered May 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

**TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant**

**V.**

**RUPERT M. POLLARD, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellee's May 24, 2019 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 28, 2019**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/     BILL WHITEHILL
         JUSTICE